UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA,               :
                                        :
     -against-                          :
                                        :         18 CR 211-01 (PKC)
                                        :         10 CR 891 (PKC)
CARLOS VARGAS,                          :
                                        :              ORDER
                    Defendant.          :
-------------------------------------------------------x

P. Kevin Castel, U.S.D.J.

VOSR hearing originally scheduled for November 10, 2022 is adjourned to November 16, 2022 at 4:30 p.m. in Courtroom 11D.

SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated:  New York, New York
        November 7, 2022