UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X

UNITED STATES OF AMERICA

: 18CR211(PKC)&
10CR891-5(PKC)

-against-  :  ORDER

Carlos Vargas

:

Defendant

:

-------------------------------------X

Honorable Kevin P. Castel, Senior United States District Judge:

It is hereby ORDERED that the supervised releasee, Carlos Vargas (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; DOB 06/04/77), conditions of supervised release be modified to include:

**You will participate in an inpatient treatment program approved by the United States Probation Office, which program may include testing to determine whether you have reverted to using drugs or alcohol. You must contribute to the cost of services rendered based on your ability to pay and the availability of third-party payments. The Court authorizes the release of available drug treatment evaluations and reports, including the presentence investigation report, to the substance use disorder treatment provider.**

Dated: August 30, 2023

SO ORDERED:

Honorable Kevin P. Castel
Senior United States District Judge